| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 1:15CR00058 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 2:25-cr-00136-JAD-EJY-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Erik Patino | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | Derrick K. Watson | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 12/23/2023 | TO 12/21/2028 |

☑ FILED  ☐ RECEIVED
☐ ENTERED  ☐ SERVED ON
MAY 19 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

**OFFENSE**
Count 1: Attempt to Possess With Intent to Distribute 500 Grams or More of a Mixture or Substance Containing Cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
prosocial ties, employment/education opportunities

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ HAWAII

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 9, 2025
_Date_

_[signature]_
_Chief United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/19/2025
_Effective Date_

_[signature]_
_United States District Judge_

1

**UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM**

RE: Erik Patino

Case No.: TO BE ASSIGNED

**<u>SUPERVISION REPORT
REQUESTING ACCEPTANCE OF JURISDICTION</u>**

May 15, 2025


TO:   U.S. District Judge:

On January 12, 2016, Mr. Patino was sentenced in the District of Hawaii after pleading guilty to (CR15-00058DKW-001) Count 1: Attempt to Possess With Intent to Distribute 500 Grams or More of a Mixture or Substance Containing Cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1, and 841(b)(1)(B); and (CR 15-00658DKW-001) Count 1: Possession of Firearms in Furtherance of a Drug-Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i). He was sentenced to a term of 60 months as to Count 1 of the amended information in CR 15-00658DKW-001, and 60 months as to Count 1 of the Indictment in CR 15-00058DKW-001, terms to run consecutively for a total of 120 months imprisonment, to be followed by a 60-month term of supervised release, as to both cases, to run concurrently with special conditions. On December 23, 2023, Mr. Patino commenced his term of supervised release in the District of Hawaii.

On March 12, 2025, Patino commenced supervision in the District of Nevada due to family ties and employment opportunities.

On May 8, 2025, the undersigned officer requested the transfer of jurisdiction for Patino from the District of Hawaii. Patino appears to have adjusted well to supervision and has been free of any violations of supervision thus far.

On May 9, 2025, the Honorable Derrick K. Watson of the District of Hawaii initiated the transfer of jurisdiction for Case Numbers: CR 15-00658DKW-001and CR 15-00058DKW-001.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Patino's cases. The Honorable Derrick K. Watson has agreed to relinquish jurisdiction of both cases as evident by his signature on the attached Transfer of Jurisdiction forms. If Your Honor agrees, please countersign the form accepting Jurisdiction.

ADDENDUM TO PETITION (Probation Form 12)
RE: Erik Patino

                                                  Respectfully submitted,

                                                  _____
                                                  Nickie Pipilakis
                                                  United States Probation Officer

Approved:


_____
Donnette Johnson
Supervisory United States Probation Officer